TUCKER ELLIS LLP
Bart L. Kessel - SBN 125080
bart.kessel@tuckerellis.com
Chelsea R. Mikula – SBN 289330
chelsea.mikula@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:    213.430.3400
Facsimile:    213.430.3409

TUCKER ELLIS LLP
Traci L. Shafroth - SBN 251673
traci.shafroth@tuckerellis.com
Kelly M. Breen - SBN 267715
kelly.breen@tuckerellis.com
One Market Plaza
Steuart Tower, Suite 700
San Francisco, CA 94105
Telephone:    415.617.2400
Facsimile:    415.617.2409

Attorneys for Defendant
CARRIER CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMRAH SUMER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiff,<br><br>v.<br><br>CARRIER CORPORATION,<br><br>Defendant. | Case No. 3:14-CV-04271-JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

As set forth below, and pursuant to Local Rule 6-1 of the Northern District of California, Plaintiff Emrah Sumer ("Plaintiff") and Defendant Carrier Corporation ("Defendant"), by and through their respective undersigned attorneys, stipulate to extend the date by which Defendant must respond to Plaintiff's amended complaint.

**WHEREAS,** Plaintiff filed the original complaint in this action in the United States District Court, Northern District of California on September 23, 2014;

1    **WHEREAS**, Defendant's response to Plaintiff's complaint is currently due on October 23, 2014;

2    **WHEREAS**, Plaintiff anticipates filing an amended complaint in this action on or before October 31, 2014;

3    **WHEREAS**, the parties agree that the just and efficient conduct of this action would be promoted by extending the time for Defendant to respond to Plaintiff's complaint until after he files an amended complaint; and

4    **WHEREAS**, extending the time for Defendant to respond to Plaintiff's amended complaint will not alter the date of any event or any deadline already fixed by Court order,

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by through their respective counsel of record, that:

1. Plaintiff will file and serve an amended complaint in this action on or before October 31, 2014;

2. Defendant shall have thirty (30) days after service to file and serve an answer or motion responsive to the Plaintiff's amended complaint; and

3. This stipulation shall be without prejudice to Plaintiff seeking leave to file a further amended complaint, or to any party seeking a further extension of time.

DATED: October 23, 2014            SEEGER WEISS LLP

                                   By: /s/ Jonathan Shub
                                       Jonathan Shub
                                       Attorneys for Plaintiff
                                       EMRAH SUMER

DATED: October 23, 2014            TUCKER ELLIS LLP

Dated: 10/28/14


IT IS SO ORDERED
Judge Joseph C. Spero

                                   By: /s/ Bart L. Kessel
                                       Bart L. Kessel
                                       Attorneys for Defendant
                                       CARRIER CORPORATION

*Tucker Ellis LLP — Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco*

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, I, Bart L. Kessel, attest that Jonathan Shub provided me with his authority and concurrence to file this stipulation and place his electronic signature on this document.

DATED: October 23, 2014                 By: /s/ Bart L. Kessel
                                             Bart L. Kessel

## CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

On October 23, 2014, I served the following document entitled STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT on the interested parties in this action by:

( X ) **ELECTRONIC COURT FILING (ECF):** the above-entitled document to be served electronically through the United States District Court, Northern District ECF website, addressed to all parties appearing in the Court's ECF service list. A copy of the "Filing Receipt" page will be maintained with the original document in our office.

( X ) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 23, 2014 at Los Angeles, California.

Christina M. Rothwell

CERTIFICATE OF SERVICE

1030297.1