TUCKER ELLIS LLP
Bart L. Kessel – SBN 125080
bart.kessel@tuckerellis.com
Chelsea R. Mikula – SBN 289330
chelsea.mikula@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:      213.430.3400
Facsimile:       213.430.3409

TUCKER ELLIS LLP
Traci L. Shafroth – SBN 251673
traci.shafroth@tuckerellis.com
Kelly M. Breen – SBN 267715
kelly.breen@tuckerellis.com
One Market Plaza
Steuart Tower, Suite 700
San Francisco, CA 94105
Telephone:      415.617.2400
Facsimile:       415.617.2409

Attorneys for Defendant
CARRIER CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMRAH SUMER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiff,<br><br>v.<br><br>CARRIER CORPORATION,<br><br>Defendant. | Case No. 3:14-CV-04271-VC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND BRIEFING SCHEDULE FOR AND FILING OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  September 23, 2014<br>Trial Date:          None set |

---

STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. 3:14-CV-04271-VC

1038993.1

Plaintiff Emrah Sumer ("Plaintiff") and Defendant Carrier Corporation ("Defendant"), by and through their respective undersigned attorneys, stipulate to extend the briefing schedule for, and the filing of, Defendant's motion to dismiss Plaintiff's First Amended Complaint.

**WHEREAS**, as its response to Plaintiff's First Amended Complaint, Defendant intends to file a motion to dismiss pursuant to Rule 12(b)(6);

**WHEREAS**, the issues raised in Defendant's motion are sufficiently complex that Plaintiff will require more than the fourteen days allowed by Local Rule 7-3 to prepare an opposition;

**WHEREAS**, the preparation of Plaintiff's opposition will also be affected by the upcoming Hanukkah, Christmas and New Year's holidays;

**WHEREAS**, in light of the upcoming Thanksgiving holiday weekend, Defendant would like additional time to prepare its motion; and

**WHEREAS**, the parties agree that the just and efficient conduct of this action would be promoted by extending the briefing schedule set forth below;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by through their respective counsel of record, that subject to Court approval:

1.  Defendant shall file and serve its motion to dismiss on or before Thursday December 11, 2014;

2.  Plaintiff shall file and serve any opposition to Defendant's motion on or before Thursday January 15, 2015;

3.  Defendant shall file and serve any reply to Plaintiff's opposition on or before Thursday January 29, 2015; and

///
///
///
///

2

**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**
**CASE NO. 3:14-CV-04271-VC**

1038993.1

4. The hearing on this matter shall be noticed for Thursday February 12, 2015 at 10:00 a.m.

Respectfully submitted,

DATED: November 21, 2014

SEEGER WEISS LLP

By: /s/ Jonathan Shub
Jonathan Shub
Attorneys for Plaintiff
EMRAH SUMER

DATED: November 21, 2014

TUCKER ELLIS LLP

By: /s/ Bart L. Kessel
Bart L. Kessel
Attorneys for Defendant
CARRIER CORPORATION

**IT IS SO ORDERED**

DATED: November 26, 2014

Hon. Vince Chhabria