Jonathan Shub
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Phone: 215-564-2300
Fax: 215-851-8029
Email: jshub@seegerweiss.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMRAH SUMER;

          Plaintiff,

          v.

CARRIER CORPORATION;

          Defendant,

_____/

Case No. 3:14-CV-04271-VC

**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** AS MODIFIED

Complaint Filed: September 23, 2014

Trial Date:    None set

**STIPULATION AND PROPOSED ORDER**

Plaintiff Emrah Sumer ("Plaintiff") and Defendant Carrier Corporation ("Defendant"), by and through their respective undersigned attorneys, stipulate to extend the briefing schedule for, and the filing of, Plaintiff's Response to Defendant's Motion to Dismiss Plaintiffs First Amended Complaint and Defendant's Reply in Support of Motion to Dismiss Plaintiffs First Amended Complaint.

**WHEREAS**, the preparation of Plaintiff's opposition has been affected by the Hanukkah, Christmas and New Year's holidays and most recently the extreme weather conditions that caused school closings in the Midwest;

**WHEREAS**, the parties agree that the just and efficient conduct of this action would be promoted by extending the briefing schedule set forth below;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by through their respective counsel of record, that subject to Court approval:

1.      Plaintiff shall file and serve any opposition to Defendant's motion on or before Thursday, January 29, 2015;

2.      Defendant shall file and serve any reply to Plaintiff s opposition on or before Thursday, February 12, 2015; and

3.      The hearing on this matter shall be noticed for Thursday, February 26, 2015 at 10:00 a.m.

Respectfully submitted,

DATED: January 9, 2015                    SEEGER WEISS LLP

By: /s/ Jonathan Shub_____
     Jonathan Shub
     Attorneys for Plaintiff
     EMRAH SUMER

**STIPULATION AND PROPOSED ORDER**

DATED: January 9, 2015

TUCKER ELLIS LLP

By: /s/ Bart L. Kessel_____
    Bart L. Kessel
    Attorneys for Defendant
    CARRIER CORPORATION

**IT IS SO ORDERED**

DATED: _January 14, 2015_____, 2015

IT IS SO ORDERED
AS MODIFIED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION AND PROPOSED ORDER**